UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JUDY M. ENGLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:16CV475 HEA |
| ) | |
| CENTURYTEL OF MISSOURI, LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on remand from the Eighth Circuit Court of Appeals. In its September 13, 2017 Order, the Court instructed this court to either sever the action and transfer the counterclaims, or transfer the entire action. The Counterclaims were previously transferred to the Western District of Louisiana on July 28, 2017, Cause Number: 3:17cv972 TAD/JPM. Therefore, this Court must determine whether to transfer the action to the Western District of Louisiana.

Defendants have filed their Suggestions in Response to the Order from the Court of Appeals. Plaintiff has not.

The Court agrees with Defendants that transfer of this action to the Western District of Louisiana is in the best interest of judicial economy.

Accordingly,

**IT IS HEREBY ORDERED** this matter is transferred to the United States District Court for the Western District of Louisiana, Cause Number 3:17cv972 TAD/JPM.

Dated this 4th day of April, 2018.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE